[No. 15562-1-II.    Division Two.    March 1, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. LARRY
DONNEL WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-02875-5, James P. Healy, J., entered October

2, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.